KRA Sou
1983 Form

# In the United States District Court
# For the Northern District of Alabama

05 NOV 22 PM 1:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro/SE

ROBERT TAYLOR B/m
A.I.S# 130155

_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

CV-05-RRA-2418-S

v

Capt Robinson
ET, AL,

_____

(Enter above full name(s) of the
defendant(s) in this action)

I.   Previous lawsuits

   A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No ( )

   B.   If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.   Parties to this previous lawsuit
         Plaintiff(s): ROBERT TAYLOR  B/m ... A.I.S# 130155
         Defendant(s) Capt Robinson

      2.   Court (if Federal Court, name the district; if State Court, name the county)
         Northern District of Alabama

      3.   Docket Number # 130155 - A.I.S#

      4.   Name of judge to whom case was assigned ROBERT R. ARMSTRONG, JR...
         " Judge"

5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?
    New Filec

6.  Approximate date of filing lawsuit ___11-14-2005___

7.  Approximate date of disposition _____

II. Place of present confinement ___W.E.D.C.F___

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (X)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (X)

   C. If your answer is YES:
      1. What steps did you take? _____
      2. What was the result? _____

   D. If your answer is NO, explain why not? I Have Complaint Severe Time's About my Life bening Taking To The Instructions, physicion, but No Action was Taking

III. Parties
   In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) ___Robert Taylor B/m .. A.I.S # 180155___
      W.E.D.C.F
      100 Warrior Lane
      Address ___Bessemer, AL. 35023___
      51 Block-3-Side-Cell #

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the manes, positions, and places of employment of any additional defendants.

B. Defendant  Caption, Robinson
   is employed as  Captain
   at  Limestone Correctional Facility

C. Additional Defendants
   Limestone C.F.
   28779 Nick Davis Road
   Harvest, AL. 35749-7009

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

Because of Beting's, Glass put Into my Food, Beting by both Inmate's, And Correctional Officer's.. Again I'Am In Imminent Danger, And Serious physical Injury, (A) by The physician Injending H-I-V- Put Into my Arms..) (B) Taking To Lock-up, About Some Officer(s) Beting And Trying To Kill me, For No Reason At All)(C) I Do Know That If I'm Send Back To Limestone I will be Killed)(D.) Their Sould be An Investegation's... To Stop All of Those, Officers That's... In Authorization To place me back Into The Hand's.. of Those Kilers, (E) The Warden Will Not Talk To me About This matter At Limestone...

- 3 -

(F) I'Am Not on any Typ of miedical, THE Ohold Staffe Sould be put Under FEderal Invesjegation's... And Seveal officers told THE Warden That Thay would Kill me, The Day That I Step foot, back on, or in Limestone C.F. Instructions, I'Am An Mental-Health inmate, And need to be here At W.E.D.C.F,

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Don't Won't To be Tranfer back to Limsrone I Won't The Court To pay me The A Word of $80,000 Dollar's IF I'Am Tranfer back to Limestone, I Won't To Remained Her At The W.E.D.C.F. This Is What I Won't The Court's. To Do For me!

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11-18-2005
(date)

Robert Taylor
Signature(s)

- 4 -